IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: ) CASE NO: 07-31902-DHW
)
WILLIAMS, YOLANDA L. ) CHAPTER 13
SSN xxx-xx-7782 )
        DEBTOR(S). )

## REDUCTION OF PROOF OF CLAIM FILED BY WELLS FARGO BANK, N.A.

      Comes now WELLS FARGO BANK, N.A., by and through its undersigned counsel of record, Sirote & Permutt, P.C., and asks that claim number 11 filed in the above-referenced bankruptcy action on 07/23/08 be reduced to the amount paid.

Respectfully submitted,

_/s/ Susannah R. Walker_
Susannah R. Walker
Attorney for Creditor

OF COUNSEL:

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South, Suite 500
Birmingham, Alabama 35205
Telephone: 205/930-5424

## CERTIFICATE OF SERVICE

I hereby certify that on this the _3_ day of Aug, 2009, a copy of the above and foregoing pleading was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

| | | |
|---|---|---|
| Vonda S., McLeod | Yolanda L. Williams | Curtis C. Reding |
| 566 S. Perry Street | 4849 Patterson Road | P.O. Box 173 |
| Montgomery, AL 36101 | Montgomery, AL 36116 | Montgomery, AL 36101 |

_/s/_
OF COUNSEL